UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81584-CIV-DIMITROULEAS

JENNIFER NEWMAN,

    Plaintiff,

v.

PHYSICIANS DIAGNOSTIC AND
REHABILITATION SERVICES, INC.,

    Defendant.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DE 58]; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTON TO ENFORCE THIS COURT'S ORDER OF AUGUST 24, 2020 AND FOR SANCTIONS [DE 53]**

THIS CAUSE is before the Court upon Plaintiff's Motion to Enforce this Court's Order of August 24, 2020 and for Sanctions [DE 53] and the November 25, 2020 Magistrate Judge's Reports and Recommendation (the "Report") [DE 58]. The Court notes that no objections to the Report [DE 58] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 58] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 58] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 58] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion to Enforce this Court's Order of August 24, 2020 and for Sanctions [DE 53] is hereby **GRANTED IN PART AND DENIED IN PART**, as follows: Plaintiff's Motion [DE 53] is **GRANTED** to the extent that it seeks an award of attorney's fees and costs and to the extent it seeks a Final Judgment against Defendant. Plaintiff's Motion is **DENIED WITHOUT PREJUDICE** to the extent the Motion seeks a finding of civil contempt against Defendant.

3. The Court shall separately enter a Final Judgment against Defendant Physicians Diagnostic and Rehabilitation Services, Inc., and in favor of Plaintiff, in the full amount of $48,000 (the full amount owed pursuant to the parties' settlement), which will accrue interest at the statutory rate.

4. Plaintiff's Motion for Order Determining Amount of Reasonable Attorneys' Fees [DE 57] is **GRANTED**;

5. Defendant is hereby **ORDERED** to pay Plaintiff her attorney's fees in the total amount of $1,425.00 by **January 7, 2021**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of December, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge William Matthewman